United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Reynaldo Jacob Prado Tefel, §
   Petitioner, §
§
v. §
§ Civil Action H-21-4183
Randy Tate, Warden of the §
Montgomery Processing §
Center, et al. §
   Respondents. §

# Order of Adoption

On October 3, 2022, Magistrate Judge Peter Bray recommended that the court dismiss Reynaldo Jacob Prado Tefel's petition for writ of habeas corpus. (41) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on October 24, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge